**Order filed April 26, 2019**



In The

# Fourteenth Court of Appeals

———————

NO.  14-19-00321-CV

———————

## IN THE INTEREST OF J.S.A-S., A CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2008-39339**

## ORDER

This appeal is from an order signed December 20, 2018. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Therefore, appellant is deemed indigent for purposes of the appellate record. The official court reporter for the 234th District Court is directed to file the reporter's record **on or before April 30, 2019**.

PER CURIAM